-PS-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JAMES M. VANRASSELL, 03-A-1722,

Plaintiff,

-v-

04-CV-0148F
**ORDER**

COUNTY OF DUTCHESS, et al.,

Defendants.

Plaintiff James M. VanRassell has brought this action under 42 U.S.C. § 1983, complaining that his constitutional rights were violated while in the custody of officials of the County of Dutchess. Dutchess County is located in the Southern District of New York and the action is deemed to arise under the jurisdiction of the United States District Court for the Southern District of New York. Pursuant to 28 U.S.C. § 1406(a), this action is ordered transferred to the United States District Court for the Southern District of New York.

The determination of the plaintiff's motion for permission to proceed *in forma pauperis* has been left to the Southern District of New York and therefore this Court has not sent his signed authorization form to the Southport Correctional Facility for execution.

IT HEREBY IS ORDERED, that this matter is transferred to the United States District Court for the Southern District of New York.

**SO ORDERED.**

S/ Michael A. Telesca

MICHAEL A. TELESCA
United States District Judge

Dated: March 15, 2004
Rochester, New York